UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-62234-MIDDLEBROOKS/JOHNSON

ACCESS FOR THE DISABLED, INC.,
ROBERT COHEN, and PATRICIA KENNEDY,

    Plaintiffs,

vs.

A NEW CONCEPT ITALIAN RESTAURANT, INC.

    Defendant.

_____/

## MOTION TO APPROVE CONSENT DECREE AND TO DISMISS WITH PREJUDICE

Plaintiffs, ACCESS FOR THE DISABLED, INC., ROBERT COHEN AND PATRICIA KENNEDY ("Plaintiffs"), by and through the undersigned counsel, hereby file this Motion to Approve Consent Decree and to Dismiss with Prejudice, and state the following in support thereof:

1. Plaintiffs filed the instant cause of action alleging that the Facility operated by Defendant, A New Concept Italian Restaurant, Inc. ("Defendant"), located at 2221 S. University Drive, Davie, FL 33324 (the "Facility") violated Title III of the Americans with Disabilities Act, 42 U.S.C. § 12191 *et seq.*

2. The matters raised by Plaintiffs' Complaint have been resolved in accordance with the Consent Decree ("Settlement") attached hereto as Exhibit "1."

3. In accordance therewith, Plaintiffs request that the Court review, approve

and ratify the Settlement.  Additionally, Plaintiffs request the Court retain jurisdiction to enforce the terms of the Settlement.  *See Association for Disabled Americans v. Key Largo Bay Beach, LLC,* 407 F. Supp 2d 1321 (S.D. Fla. 2005).

4. As part of the Settlement reached between the Parties, Plaintiffs have agreed to dismiss the action with prejudice.  Accordingly, Plaintiffs request, upon the Court's review, approval and ratification of the Settlement, that this matter be dismissed with prejudice.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter an Order approving the attached Settlement, dismissing the claims asserted by Plaintiffs against Defendant in this action with prejudice, and retaining jurisdiction to enforce the Settlement.

Respectfully submitted this 2nd day of January, 2012.

> /s/ Douglas S. Schapiro
> Douglas S. Schapiro
> Fla. Bar #54538
> The Schapiro Law Group, P.L
> Attorneys for Plaintiff
> 7050 W. Palmetto Park Road
> Suite 15-271
> Boca Raton, FL 33433
> Tele: (561) 807-7388
> Fax: (561) 807-7198
> Schapiro@schapirolawgroup.com

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on January 2, 2012.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
Fla. Bar #54538
The Schapiro Law Group, P.L
Attorneys for Plaintiff
7050 W. Palmetto Park Road
Suite 15-271
Boca Raton, FL 33433
Tele: (561) 807-7388
Fax: (561) 807-7198
Email: Schapiro@schapirolawgroup.com