UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-62234-MIDDLEBROOKS/JOHNSON

ACCESS FOR THE DISABLED, INC.,
ROBERT COHEN, and PATRICIA KENNEDY,

    Plaintiffs,

vs.

A NEW CONCEPT ITALIAN RESTAURANT, INC.

    Defendant.

_____/

## ORDER APPROVING CONSENT DECREE AND DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court upon Plaintiffs' Motion to Approve Consent Decree and to Dismiss with Prejudice.  The Parties have now reached a settlement and Plaintiffs have requested that this Court approve the Consent Decree and dismiss the case with prejudice.  According, based on the foregoing, it is:

**ORDERED AND ADJUDGED** that the Plaintiffs' Motion to Approve Consent Decree and to Dismiss with Prejudice is GRANTED.  This Court hereby approves the Consent Decree attached to Plaintiffs' Motion to Approve Consent Decree and Dismiss with Prejudice as Exhibit "1."  Plaintiffs' cause of action is DISMISSED WITH PREJUDICE.  This case is now CLOSED.  All pending motions not otherwise ruled upon are DENIED AS MOOT.  It is further

**ORDERED AND ADJUDGED** that this Court retains jurisdiction to enforce the approved Consent Decree between the Parties.

**DONE AND ORDERED** in Chambers at West Palm Beach County, Florida, this \_\_\_ day of January, 2012.

_____

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

CC: Counsel of Record