UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-62234 MIDDLEBROOKS/JOHNSON

ACCESS FOR THE DISABLED, INC.
ROBERT COHEN and PATRICIA KENNEDY,

      Plaintiffs,

vs.

A NEW CONCEPT ITALIAN
RESTAURANT, INC.,

      Defendant.

_____/

## ORDER GRANTING JOINT MOTION TO APPROVE CONSENT DECREE AND TO DISMISS WITH PREJUDICE

THIS CAUSE comes before the Court upon Plaintiffs' Motion to Approve Consent Decree and to Dismiss with Prejudice ("Motion") (DE 14), filed January 2, 2012. With their Motion, Plaintiffs included the Parties' Consent Decree ("Settlement Agreement") (*see* DE 14- Attachment 1). The Court has reviewed the Motion and the Parties' Settlement Agreement, and is otherwise fully advised in the premises.

Having considered Plaintiffs' Motion and the Parties' Settlement Agreement, and recognizing that the Settlement Agreement was concluded at arms-length with both sides represented by experienced counsel, it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs' Motion to Approve Consent Decree and to Dismiss with Prejudice (DE 14) is **GRANTED**.

Further, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Parties' Settlement Agreement is **RATIFIED, ADOPTED, and APPROVED** in its entirety and shall be enforced according to its terms;

2. This action is **DISMISSED WITH PREJUDICE**;

3. The Clerk of Court shall **CLOSE** this case; and

4. The Court shall retain jurisdiction over this matter solely for purposes of enforcing the Parties' Settlement Agreement and resolving any disputes arising thereunder.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this __3__ day of January, 2012.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record